UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK and THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

Plaintiffs,

Berkshire Hathaway Specialty Insurance Co.,

Defendant.

26 Civ. 6204 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On October 23, 2026, the parties filed a proposed case management plan in advance of the initial pretrial conference scheduled for October 27, 2026, at 10:00 a.m. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: October 26, 2026
New York, New York

DALE E. HO
United States District Judge